FILED

SEP 03 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | No. 4:20-cr-00486 RLW/SPM |
| vs. | ) ) | |
| MARIO LONG, | ) ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 6, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**MARIO LONG,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1) and punishable under Title 18, United States Code Section 924(a)(2).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
CATHERINE M. HOAG, #67500MO
Assistant United States Attorney